STATE of Missouri, Respondent,

v.

Kevin GATEN, Appellant.

No. 62225.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 28, 1993.

Doris Gregory Black, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Defendant was convicted by a jury of unlawful use of a weapon for which he was sentenced, as a prior and persistent offender, to a term of eight years. In his appeal, Defendant raises seven allegations of error. We affirm.

An opinion reciting the detailed facts and restating the principles of law would serve no jurisprudential purpose. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).

Wilson Shelby CAMDEN, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47363.

Missouri Court of Appeals,
Western District.

Jan. 4, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and ULRICH and SPINDEN, JJ.

*ORDER*

PER CURIAM.

Appeal from convictions for possession of a controlled substance, section 195.020, RSMo 1986 (now repealed), and for the possession of an explosive weapon, sections 320.136 and 571.020, RSMo 1986.

Affirmed. Rule 30.25(b).